**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No. 6:05-cv-1666-Orl-31JGG

**RONY LOUIS a/k/a Rony R. Louis, Jr.,**

        **Defendant.**

_____

## ORDER

Upon consideration of the Motion for Default Judgment (Doc. 7), it is

**ORDERED** that the Motion is GRANTED. The Clerk is directed to enter Judgment in favor of the Plaintiff and against Defendant, Rony Louis a/k/a Rony R. Louis, Jr., in the principal amount of $2,751.52, together with interest in the amount of $3,741.02 as of September 7, 2005, for a total of $6,492.54, plus interest on the principal amount accruing thereafter at the rate of 10% per annum.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 5, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party